[No. 50497-5-I.   Division One.   September 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM CALVIN FAIRBANKS, *Defendant*, TERESA JO FAIRBANKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04446-3, Michael J. Fox, J., entered April 22, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid and Schindler, JJ.

[No. 50502-5-I.   Division One.   September 15, 2003.]

MARGARET HIGGINS CHANG, *Appellant*, v. KEVIN M. JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-08903-8, Gregory P. Canova, J., entered May 3, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Coleman and Baker, JJ.

[Nos. 50558-1-I; 50593-9-I.   Division One.   September 15, 2003.]

JAMES D. LINDSAY, *Respondent*, v. PACIFIC TOPSOILS, INC., ET AL., *Respondents*, HARBOR DEVELOPMENT SERVICES, L.L.C., *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 00-2-23766-9, Glenna Hall, J., entered March 22, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.

[Nos. 50933-1-I; 50935-7-I;   Division One.   September 15, 2003.]
      50986-1-I.

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN ALONZO WATKINS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 00-1-10861-0, Michael J. Fox, J., entered August 15, 2002. *Dismissed* by unpublished per curiam opinion.